**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

June 15, 2005

U.S. ATTORNEY'S OFFICE
157 CHURCH ST.
NEW HAVEN, CT

ATTN: STEPHEN REYNOLDS

Re: Case Name: USA v CHEN, ET AL
Number: 3:02cr5 JBA

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is/are the following exhibit(s):

ALL USA EXHIBITS

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
BETTY J. TORDAY
Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: 6/20/2005