# DOMBROSKI KNAPSACK & HILLIS LLC
ATTORNEYS AND COUNSELORS AT LAW

129 Whitney Avenue
New Haven, Connecticut 06510
Tel: (203) 624-9096
Fax: (203) 624-1308
Email: dkhlaw@snet.net
Website: www.dkh-law.com

October 16, 2006

Honorable Janet Bond Arterton
United States District Court Judge
141 Church Street
New Haven, Connecticut 06510

Stephen B. Reynolds, AUSA
United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

Re:    USA v Gong Chai Sun
       Docket # 3:02CR5(JBA)

Dear Judge Arterton:

Please be advised that I do not believe that Mr. Sun has left the country. The last my office heard from Mr. Sun, he was residing in San Francisco. I have been unable to reach him by way of his friends or family.

Moreover, I believe a Crosby hearing would be moot at this time and would have advised Mr. Sun of the same. Please consider this my request on Mr. Sun's behalf to waive any Crosby hearing. Thank you.

I remain

Very Truly Yours,

Michael S. Hillis

MSH/jap