UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| **v.** : | **CASE NO. 3:02cr 5 (JBA)** |
| **GONG CHAI SUN** : | |

**ENDORSEMENT ORDER**

    This case was remanded for judgment proceedings in conformity with <u>Crosby.</u> Counsel for defendant Gong Chai Sun, by letter (Doc. #125) has advised that such hearing is now moot and that defendant waives any hearing.

    Accordingly, the Court deems the mandate satisfied as to defendant Sun.

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: January 17, 2007